Before STATE INDUSTRIAL BOARD, Respondent.

DAVID LEVINE, Respondent, *v.* GENERAL ELECTRIC COMPANY, Appellant.

*Workmen's compensation — award — finding that if claimant desires operation he will be entitled to compensation for period of disability resulting therefrom is not award or decision authorized by statute.*

Appeal (as stated in the notice of appeal) from a decision and award of the State Industrial Board, the notice of decision being dated June 20, 1923.

PER CURIAM: The Board has made no award or decision which the statute authorizes. All it purports to have made is a series of findings and a statement that if claimant desires an operation he will be entitled to compensation for the period of disability resulting therefrom. When the time arrives that claimant is entitled to an award the Board may so determine. At present such determination is premature. No liability or enforcible requirement attaches to the appellant by reason of the decision. All concur. Decision reversed, with costs against the State Industrial Board, and matter remitted to said Board.